TO COURT CLERK, ABEL ACOSTA
Texas Court of Criminal Appeals

PD-1309-15

granted
to
1-4-16
pc

RECEIVED IN
COURT OF CRIMINAL APPEALS
DEC 10 2015 12.16 15
Abel Acosta, Clerk

IN RE: Luis Jaramillo
T.D.C.J. # 1966673
Garza West Facility
4250 HWY 202
Beeville, TX. 78102

Court of Criminal Appeals No. 04-14-00902-CR
Trial Court Cause No. 2012-CR-2228
PD-1309-15

FILED IN
COURT OF CRIMINAL APPEALS
DEC 11 2015
Abel Acosta, Clerk

Please Let This Serve As My Good-Faith Attempt:

I Respectfully submit this correspondence to ascertain some issues that continue to go unresolved. I was ordered to file a "Petition for Discretionary Review" with this Court by December 8, 2015. I am a layman to the law, nor am I versed in the law. I do not know how to construct "MOTIONS" or "PETITIONS", so it's taken me some time to research the "law books" to construct a "Pro-Sé Petition For Discretionary Review"; but I have completed it. I completed the "ORDERED" "Petition" on December 2, 2015; however, the "Garza West Facility" is presently on "LOCK-DOWN STATUS" since November 30, 2015. I am not being allowed to purchase any "correspondence supplies" such as "WRIT-ENVELOPES" or "POSTAGE" from the commissary, to mail-out my "Pro-Sé Petition" to this Court. I have sent requests for "legal-supplies and help" to the "law-library" personnel-staff (Ms. Lori Rincon), but they to are refusing to help me or provived "legal-writ-envelopes" and "postage" so that I can timely file my "Pro-Sé Petition" with this Honorable Court, before the December 8, 2015, dead-line. I have also submitted and filed a "GRIEVANCE-COMPLAINT" on the issue of the "Garza West Unit-Prison's" law-library denying my "Access To the Courts" because of the lock-down, but to No Avail. Apparently, Garza West Facility staff and Warden

don't care about an inmates or Appellant's State and Federal legal rights to Access The Courts when there is an "Appellate Proceeding" commenced, Nor does the Garza West Unit care about a man's freedom hangin in the balence. So for this reason I am <u>humbly</u> writing to ask the Court for a "few-more-days" extention in filing my "Pro-Sē Petition" (P.D.R.) with this Honorable Court of Criminal Appeals due to the "deliberate complications" I am having with this unit-Prison (Garza West). Please give me a few-more days extention, so that I can keep complaining to the Garza West Unit's Officials for help in getting the "mailing-supplies" I need from them, to have my "completed-P.D.R." filed with this Court. My "Pro-Sē Petition For Discretionary Review" is complete and I am making every effort to get it mailed-out and filed with this Court, but I am being deterred by the Prison's Staff, especially the Prison's law-librarian Ms. Lori Rincon. Why they've acted so maliciously with me... I don't Know; but I will have the "Petition" filed even if I have to cause trouble to get help. So PLEASE grant me these few-days extention so that I can file my "Pro-Sē P.D.R."

Signed on: December 6, 2015.

Respectfully Submitted,

*Luis Jaramillo*

Luis Jaramillo T.D.C.J. #1966673
Garza West Facility
4250 HWY 202
Beeville, TX. 78102

Placed in the Garza West Facility's
Prison mailing sytem on: 12-7-2015.